IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:18-CV-61-BR

| | |
|---|---|
| MERYL CROSBIE,<br>Plaintiff,<br><br>v.<br><br>DIRECT RECOVERY SERVICES, L.L.C,<br>and ELLE GUSMAN,<br>Defendants. | **ORDER and**<br>**ENTRY OF DEFAULT** |

Plaintiff Meryl Crosbie moved for entry of default [DE-8; DE-11] as to defendants Direct Recovery Services, LLC and Elle Gusman. Subsequently, the Court issued an order [DE-12] stating that plaintiff's counsel submitted an application for admission, but not had not taken the oath or affirmation required by Local Civil Rule 83.1(c). The Court ordered plaintiff's counsel to file a notice demonstrating her compliance with the local rules on or before July 15, 2018, and stating the motions for entry of default were held in abeyance.

Plaintiff's counsel promptly filed a response to the order, demonstrating that she had in fact been sworn to practice within this district, and is an attorney in good standing in this district. Accordingly, the motions for entry of default are no longer held in abeyance.

The record shows that plaintiff effected service on defendants Direct Recovery Services, LLC and Elle Gusman on April 9, 2018 and April 19, 2018, respectively, and that these defendants have filed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of

Civil Procedure. Accordingly, the motions [DE-8; DE-11] are GRANTED and DEFAULT is hereby granted against defendants Direct Recovery Services, LLC and Elle Gusman.

SO ORDERED. This the ____ day of July, 2018.

Peter A. Moore, Jr.
Clerk of Court