# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### EASTERN DIVISION

| | | |
|---|---|---|
| MERYL CROSBIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:18-CV-61 |
| | ) | |
| DIRECT RECOVERY SERVICES, | ) | |
| L.L.C., and ELLE GUSMAN, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff, MERYL CROSBIE, ("Plaintiff"), through her attorney, Hormozdi Law Firm,

PLLC, informs this Honorable Court that the Parties have reached a settlement in this case.

Plaintiff anticipates dismissing this case, with prejudice, within 30 days.


Respectfully submitted,

HORMOZDI LAW FIRM, PLLC


February 12, 2019                    By: /s/ Shireen Hormozdi
                                         Shireen Hormozdi
                                         Hormozdi Law Firm, PLLC
                                         North Carolina Bar No. 47432
                                         1770 Indian Trail Road, Suite 175
                                         Norcross, GA 30093
                                         Tel: 678–395-7795
                                         Cell: 678-960-9030
                                         Fax: 866-929-2434
                                         shireen@agrusslawfirm.com
                                         shireen@norcrosslawfirm.com

## CERTIFICATE OF SERVICE

On February 12, 2019, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Settlement to Defense Counsel.

By: /s/ Shireen Hormozdi
       Shireen Hormozdi